UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LUZ ROBLES, *et al.*,                                    Case No. 1:24-cv-01454-CL

      Plaintiffs,                                    **ORDER**

      v.

LEONEL CABALLERO,

      Defendant.

**KASUBHAI,** United States District Judge:

      This matter is before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Clarke issued a Findings and Recommendation on March 13, 2026, in which he recommends that this Court grant Plaintiffs' Motion for Default Judgment, ECF No. 19. F&R, ECF No. 14. When a party objects to a magistrate judge's Findings and Recommendations, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). In the absence of objections, the district court has no obligation to review the magistrate judge's report. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). However, the district court is not precluded from *sua sponte* review in such circumstances, *Thomas v. Arn*, 474 U.S. 140, 149 (1985), and the Advisory Committee notes

Page 1 — ORDER

to Federal Rule of Civil Procedure 72(b) recommend that the court should review for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Here, no party timely objected to the Magistrate Judge's Findings and Recommendation. The Court has reviewed the record and finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Clarke's Findings and Recommendation, ECF No. 14. Plaintiffs' Motion for Default Judgment, ECF No. 12, is therefore GRANTED.

IT IS SO ORDERED.

DATED this 21st day of May 2026.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (he/him)
United States District Judge

Page 2 — ORDER